The People of the State of Illinois, defendant in error, v. Alexander Nelson, plaintiff in error. Gen. No. 7,908.

Opinion filed June 27, 1928.

M. E. Nolan and Frederick H. Lauder, for plaintiff in error. Charles E. Fort, Jr., State's Attorney, for defendant in error.

Mr. Justice Boggs delivered the opinion of the court.